UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of                                                            101 West Lombard Street
**George L. Russell, III**                                            Baltimore, Maryland 21201
Chief United States District Judge                                    410-962-4055

February 4, 2025

MEMORANDUM TO PARTIES RE:          <u>Harriston et al v. Target Corporation et al</u>
                                   Civil Action No. GLR-23-2795

Dear Parties:

     Today, the Court convened a hearing in this case. This memorandum memorializes what occurred during the hearing.

     The Court has referred this case to United States Magistrate Judge Austin for a mediation that is scheduled for May 28, 2025. The parties shall submit a joint status report within seven days of the mediation informing the Court of whether the mediation was successful. If the mediation is successful, the parties shall submit a notice of dismissal. If the mediation is not successful, the parties shall submit a joint status report within seven days of the mediation again answering the seven points and including a joint proposed scheduling order.

     The Court will approve the parties' requested changes to the Scheduling Order:

## I. <u>DEADLINES</u>

| | |
|---|---|
| February 14, 2025 | Moving for joinder of additional parties and amendment of pleadings |
| August 8, 2025 | Plaintiff's Rule 26(a)(2) disclosures |
| August 20, 2025 | Defendant's Rule 26(a)(2) disclosures |
| August 29, 2025 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| August 30, 2025 | Rule 26(e)(2) supplementation of disclosures and responses; fact discovery deadline; submission of status report |
| September 8, 2025: | Requests for admission |
| October 22, 2025 | Dispositive pretrial motions deadline |
| 60 days following the Court's ruling on summary judgment | Expert Discovery Deadline |

Having considered the parties' reasonable request, the Court allocates 25 deposition hours per side.

To the extent the need arises, the parties may hire experts to assist with production of electronically stored information.

Expert discovery is deferred until after summary judgment motions are resolved. The parties shall submit a status report upon completion of fact discovery.

Additionally, for the reasons stated on the record, the Court will DENY Plaintiffs' Motion for Appointment of Counsel (ECF No. 126) because Ciara Harriston has not demonstrated exceptional circumstances as outlined in Jenkins v. Woodard, 109 F.4th 242, 247 (4th Cir. 2024). The Court cannot conclude at this time that Ciara Harriston has a colorable claim nor that the claims presented are so complex that Plaintiff cannot present it. Id. The Court further determined that Ciara Harriston has not presented indigency status that is sufficient to necessitate the appointment of counsel.

At the hearing, Plaintiff Charissa Harriston moved to be voluntarily dismissed from this matter without prejudice. The Court will GRANT the motion and DIRECT the clerk to DISMISS Charissa Harriston WITHOUT prejudice.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly. Defense counsel are instructed to email a copy of this Order to Ciara Harriston's email on record.

Very truly yours,

_____ /s/ _____
George L. Russell, III
Chief United States District Judge